IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER TEMPLE,<br>  *Plaintiff*,<br><br>v.<br><br>TEXAS A&M UNIVERSITY,<br>  *Defendant*. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civ. Action No. 4:09-cv-03214 |

**DEFENDANT TEXAS A&M UNIVERSITY'S MOTION TO DISMISS**

TO THE HONORABLE NANCY F. ATLAS:

  Defendant Texas A&M University files this Motion to Dismiss pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure to dismiss Plaintiff's Complaint. This case should be dismissed because: (1) Defendant is immune from suit by operation of sovereign immunity; and (2) Defendant, as a state agency, is not a "person" under 42 U.S.C. §1983 and cannot be liable for such claims. The legal and factual grounds upon which Defendant relies in support of its motion are set forth in its supporting brief in accordance with Local Rule 7.1.

**PRAYER FOR RELIEF**

  WHEREFORE, PREMISES CONSIDERED, Defendant Texas A&M University respectfully requests that the Court issue an order dismissing Plaintiff's Complaint in its entirety and awarding Defendants such costs as were incurred in bringing this motion.

Dated: October 29, 2009　　　　　　　　　　Respectfully submitted,

GREG ABBOTT
Attorney General of Texas

C. ANDREW WEBER
First Assistant Attorney General

DAVID S. MORALES
Deputy Attorney General for Civil Litigation

ROBERT B. O'KEEFE
Chief, General Litigation Division


　/s/ Daniel C. Perkins
**DANIEL C. PERKINS**
Attorney-In-Charge
Texas Bar No. 24010301
Southern District No. 24123
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
(512) 320-0667 FAX
Dan.Perkins@oag.state.tx.us

***ATTORNEYS FOR DEFENDANT TEXAS A&M UNIVERSITY***

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of Defendant Texas A&M University's Motion To Dismiss was served via the *CM/ECF system* on October 29, 2009, to:

Gaines West
West, Webb, Allbritton & Gentry, P.C.
1515 Emerald Plaza
College Station, Texas 77845-1515
*Attorney for Plaintiff*

                                                                                             /s/ Daniel C. Perkins
                                                                                          **DANIEL C. PERKINS**
                                                                                          Assistant Attorney General