UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JENNIFER TEMPLE <br> Plaintiff, <br><br> v. <br><br> TEXAS A&M UNIVERSITY, *et al.*, <br> Defendants. | § <br> § <br> § <br> § <br> § <br> § <br> § | CIVIL ACTION NO. H-09-3214 |

## **ORDER**

Having been advised that a settlement has been reached between the parties, the Court dismisses this case without prejudice to reinstatement of Plaintiff's claims, if any party represents to the Court on or before **January 23, 2010**, that the settlement could not be completely documented.

SIGNED at Houston, Texas, this **23rd** day of **December, 2009.**

_____
Nancy F. Atlas
United States District Judge